TRUSTEES FOR HENRIETTA EGLESTON HOSPITAL FOR CHILDREN *v.* DELRAY INC.

WYATT, J. This case is controlled by the rulings made in *Henrietta Egleston Memorial Hospital* v. *Groover*, ante.

*Judgment affirmed. All the Justices concur.*

No. 15826. JUNE 10, 1947.

*Mitchell & Mitchell* and *R. W. Crenshaw,* for plaintiff in error. *A. W. White,* contra.